THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LABICKI, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Respondent.— Order affirmed, without costs. Memorandum: As the law existed at the time the appellant committed the crime of attempting to escape from prison, after a previous felony, the seven-year sentence was a proper one. (Penal Law, §§ 1695, 1935, and 1941.) Attempt to escape is named a felony under the Penal Law and not an " attempt to commit a crime " within the meaning of section 261 of the Penal Law. We find no error in respect to the other points raised by relator. (*People ex rel. Labicki* v. *Brophy*, 250 App. Div. 831; *People ex rel. Kammerer* v. *Brophy*, 255 id. 821.) All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.